IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00015-MSK-OES

JOSEPH P. HARRIS,
MARGARET ANN HARRIS,
TERRY R. LEMON,
JUDITH A. LEMON,
MARLIN MORAN,
RODNEY SORAPURU,
HERMILINDA SORAPURU, and
ALVIN SR. PITMAN,

        Plaintiffs,

v.

BRUSH WELLMAN INC.,
BOEING COMPANY, THE,
WESS-DEL, INC.,

        Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from any further proceedings in this matter. Should the case be reopened or require further judicial intervention, the Clerk of the Court shall randomly reassign this case to another District Judge of this Court.

Dated this 27th day of January, 2005

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge